UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAYMOND GONZALEZ,

                            Plaintiff,                        20-CV-5211 (LTS)(SN)

        -against-                                      **ORDER**

RELIABLE KNITTING WORKS,

                            Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Civil Case Management Plan and Scheduling Order entered by the Court on September 2, 2020, the parties were directed to file a joint status letter by October 30, 2020. As of November 6, 2020, no letter has been filed. The parties are ORDERED to file their status letter by Friday, November 13, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      November 6, 2020
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020