UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAYMOND GONZALEZ,

                              **Plaintiff,**                         20-CV-5211 (LTS)(SN)

      -against-                                      **ORDER**

RELIABLE KNITTING WORKS,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 5, 2021, the Court ordered the parties to file a joint status letter by January 28, 2021, addressing the status of settlement discussions. ECF No. 16. As of February 2, 2021, no letter has been filed. The parties are ORDERED to file their status letter by Monday, February 8, 2021.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     February 3, 2021
               New York, New York